JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN SANDAHL, | Case No. EDCV 14-2067-JFW (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RON DAVIS, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>January 28, 2015</u>

                                   _____
                                   HONORABLE JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE